IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE: | * |
| JFPS HOLDING CO. OF GEORGIA, LLC, | * |
| Debtor. | * |
| | |
| JFPS HOLDING CO. OF GEORGIA, LLC, | * |
| Appellant, | * |
| vs. | * CIVIL ACTION NO. CV 109-016 |
| LBUBS 2003-C5 LANDMARK APARTMENTS LIMITED PARTNERSHIP, | * (CHAPTER 11 PROCEEDING NO. 08-11752-SDB) |
| Appellee. | * |

## ORDER

The Appellant, acting through counsel, having filed with the Clerk a Dismissal of Appeal in this civil action,

**IT IS HEREBY ORDERED** that said notice of dismissal is **APPROVED**, and this civil action is hereby **DISMISSED**. Each party shall bear its own costs and expenses of litigation.

**SO ORDERED** this __19th__ day of August, 2009 at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA